IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUDITH MARCIA WILLIAMS,

    Plaintiff,

v.                                    CASE NO. 4:22cv463-RH-MAF

DONALD TRUMP,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF Nos. 10 and 11, and the objections, ECF No. 15. I have reviewed de novo the issues raised by the objections.

The recommendation is for dismissal of the first amended complaint. After the report and recommendation was entered, the plaintiff submitted a second amended complaint, without moving for leave to do so. The second amended complaint is largely a blank form; it would add nothing, even if its filing had been authorized, which it was not.

The plaintiff's allegations are fanciful and detached from reality. She has failed to state a claim on which relief can be granted.

Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The clerk must enter judgment stating, "This plaintiff's claims are dismissed with prejudice for failure to state a claim on which relief can be granted."

3. The clerk must close the file.

SO ORDERED on March 17, 2023.

                                                s/Robert L. Hinkle  
                                                United States District Judge